Steven T. Lowe, Esq. SBN 122208
steven@lowelaw.com
Kris LeFan, Esq., SBN 278611
kris@lowelaw.com
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Hao Ni (*pro hac vice*)
hni@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

***Attorneys for Plaintiff***
***Bluestone Innovations LLC***

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **BLUESTONE INNOVATIONS LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **IKEA NORTH AMERICA SERVICES LLC,** <br><br> Defendant <br><br> and <br><br> **SEOUL SEMICONDUCTOR COMPANY, LTD.** <br><br> Intervenor-Defendant. | Case No. 3:15-cv-05482-SI <br><br> **JOINT MOTION FOR ENTRY OF AN ORDER OF STIPULATION OF DISMISSAL** <br><br> Hon. Susan Illston <br><br> [Filed concurrently with Proposed Order] |

-1-
JOINT MOTION FOR ENTRY OF AN ORDER OF STIPULATION OF DISMISSAL
CASE NO. 3:15-cv-05482-SI

**JOINT MOTION FOR ENTRY OF AN ORDER OF STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Bluestone Innovations LLC ("Bluestone") and Intervenor Seoul Semiconductor Co., Ltd. ("SSC") by and through their attorneys, do hereby jointly move for an order approving their stipulation as follows:

1. Bluestone's claims in this action are dismissed with prejudice.

2. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with Prejudice.

3. The Court may enter an Order adopting this Stipulation of Dismissal (with Prejudice) and Proposed Order Thereon as the Order of the Court.

Dated: September 15, 2016          **NI, WANG & MASSAND, PLLC**

By: /s/ *Hao Ni*
Hao Ni
*Attorney for Plaintiff*
*Bluestone Innovations, LLC*

Dated: September 15, 2016          **LTL ATTORNEYS LLP**

By: /s/ *Charles Sanders*
Charles Sanders
*Attorney for Intervenor Defendant*
*Seoul Semiconductor Co., Ltd.*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Hao Ni, attest that concurrence in the filing of this document has been obtained.

Dated:  September 15, 2016                                         */s/ Hao Ni*
                                                                                        Hao Ni

Steven T. Lowe, Esq. SBN 122208
steven@lowelaw.com
Kris LeFan, Esq., SBN 278611
kris@lowelaw.com
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Hao Ni (*pro hac vice*)
hni@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

*Attorneys for Plaintiff*
*Bluestone Innovations LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>IKEA NORTH AMERICA SERVICES LLC,<br><br>　　　　　　　　　Defendant<br><br>and<br><br>SEOUL SEMICONDUCTOR COMPANY, LTD.<br><br>　　Intervenor-Defendant. | Case No. 3:15-cv-05482-SI<br><br>~~[PROPOSED]~~ **ORDER OF STIPULATION OF DISMISSAL**<br><br>Hon. Susan Illston |

-2-

## ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Bluestone Innovations LLC ("Bluestone") and Intervenor Seoul Semiconductor Co., Ltd. ("SSC") parties to this legal action, by and through their attorneys, jointly moved for an order approving their stipulation. After consideration of such motion, it is hereby GRANTED, and it is ORDERED that:

1. Bluestone's claims in this action are dismissed with prejudice; and
2. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with Prejudice.

Signed this 15th day of September, 2016.

_____
United States District Court Judge