Steven T. Lowe, Esq. SBN 122208
steven@lowelaw.com
Kris LeFan, Esq., SBN 278611
kris@lowelaw.com
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Hao Ni (*pro hac vice*)
hni@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

*Attorneys for Plaintiff*
*Bluestone Innovations LLC*

CONDO ROCCIA KOPTIW LLP
Michael Bonella
mbonella@condoroccia.com
Joseph R. Klinicki
jklinicki@condoroccia.com
1800 J.F.K. Boulevard, Ste. 1700
Philadelphia, PA 19103
Office: (215) 599-2784
Mobile: (484) 883-1206

*Attorneys for Defendant*
*IKEA North America Services, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BLUESTONE INNOVATIONS LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>IKEA NORTH AMERICA SERVICES LLC,<br><br>　　　　　　　Defendant. | **CIVIL ACTION NO. 3:15-cv-05482-SI**<br><br>**STIPULATION EXTENDING STAY PENDING SETTLEMENT**<br><br>Hon. Susan Illston<br><br>[Filled Concurrently with Proposed Order] |

WHEREAS, Plaintiff Bluestone Innovations, LLC ("Bluestone") and Defendant IKEA North America Services, LLC ("IKEA") (collectively the "Parties") reached an agreement in principle for a settlement in this action at mediation;

WHEREAS, the Parties' cannot dismiss this action between them until this action is dismissed between Bluestone and Intervenor-Defendant Lumileds LLC's ("Intervenor");

WHEREAS Bluestone and Intervenor are currently in the process of complying with the terms of their settlement agreement;

WHEREAS, the Parties request to extend the stay of all deadlines between them while the agreement between Bluestone and Intervenor is finalized and the action between Bluestone and Intervenor is dismissed;

WHEREAS, the Parties anticipate the process will be complete with an additional seventy (70) days following the execution of the Bluestone and Intervenor agreement;

NOW, with the Court's permission, IT IS HEREBY STIPULATED by and among the Parties, and through their undersigned counsel, that any current deadlines, be stayed until **March 2, 2017** pending the finalization of the agreement for settlement in the above-captioned matter and dismissal of the Intervenor in the above-captioned matter. It is the Parties' understanding that there are no Court hearings or filings scheduled in this case between now and March 2, 2017.

Dated:  January 11, 2017

**NI, WANG & MASSAND, PLLC**

By: /s/ *Hao Ni*
Hao Ni
*Attorney for Plaintiff Bluestone Innovations LLC*

Dated:  January 11, 2017

**CONDO ROCCIA KOPTIW LLP**

By: */s/ Michael Bonella*
Michael Bonella
*Attorney for Defendant IKEA North America Services, LLC*

STIPULATION EXTENDING STAY PENDING SETTLEMENT
CIVIL ACTION NO. 3:15-cv-05482-SI